

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LESLIE ARELY HUERTA (01)<br>TREY ANTHONY YARBROUGH (02) | No. 2:21-CR-102-Z<br>**Supersedes Indictment Returned 11/18/2021** |

<u>SUPERSEDING INDICTMENT</u>

The Grand Jury Charges:

<u>Count One</u>
Conspiracy to Distribute and Possess with Intent to
Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or about November 18, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Leslie Arely Huerta** and **Trey Anthony Yarbrough**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

<u>Count Two</u>
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about November 18, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Leslie Arely Huerta** and **Trey Anthony Yarbrough**, defendants, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Three
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about October 17, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Leslie Arely Huerta**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Four</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A))

On or about October 17, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Leslie Arely Huerta**, defendant, did knowingly possess a firearm, to wit: a Glock, Model 17, 9mm caliber semi-automatic pistol bearing serial number BDKS637, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as charged in count three of this indictment, an offense for which the defendant may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found in Title 18, United States Code, Section 924(c)(1)(A)(i).

<u>Count Five</u>
Convicted Felon in Possession of Firearms
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about October 17, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Leslie Arely Huerta**, defendant, a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, firearms, that are: 1) a Glock, Model 17, 9 millimeter semi-automatic pistol, bearing serial number BDKS637; and 2) a Smith & Wesson, Model Shield, 9 millimeter semi-automatic pistol, bearing serial number JCW7834, defendant knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>Count Six</u>
Illegal Possession of a Machinegun
(Violation of 18 U.S.C. §§ 922(o) and 924(a)(2))

On or about October 17, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Leslie Arely Huerta**, defendant, did knowingly possess a machinegun made from a Glock, Model 17, 9mm caliber semi-automatic pistol bearing serial number BDKS637.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 21 U.S.C. § 853(a))

Upon conviction for any of the offenses alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a), defendants, **Leslie Arely Huerta** and **Trey Anthony Yarbrough**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following:

1) a Glock, Model 17, 9 millimeter semi-automatic pistol, bearing serial number BDKS637; and

2) a Smith & Wesson, Model Shield, 9 millimeter semi-automatic pistol, bearing serial number JCW7834.

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
MEREDITH PINKHAM
Assistant United States Attorney
Texas State Bar No. 24073429
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-mail:    meredith.pinkham@usdoj.gov

Leslie Arely Huerta, et al.
Superseding Indictment — Page 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

LESLIE ARELY HUERTA (01)
TREY ANTHONY YARBROUGH (02)

INDICTMENT

| | |
|---|---|
| COUNT 1: | CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE<br>Title 21, United States Code, Section 846. |
| COUNT 2: | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946). |
| COUNT 3: | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946). |
| COUNT 4: | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(i). |
| COUNT 5: | CONVICTED FELON IN POSSESSION OF A FIREARM<br>Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). |
| COUNT 6: | ILLEGAL POSSESSION OF A MACHINEGUN<br>Title 18, United States Code, Sections 922(o) and 924(a)(2). |

FORFEITURE NOTICE
(6 COUNTS)

A true bill rendered:

Amarillo _____   _____*[signature]*_____ Foreperson

Filed in open court this __16th__ day of __December__, A.D. 2021.

_____ Clerk

DEFENDANTS IN FEDERAL CUSTODY
(Yarbrough Complaint Filed 11/19/2021 – 2:21-MJ-185)

_____*[signature]*_____
UNITED STATES MAGISTRATE JUDGE